Opinion filed March 3,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00254-CV

                                                    __________

 

               IN THE
MATTER OF THE JEAN WAKEFIELD DEAN 

           MARITAL TRUST,
THE JEAN WAKEFIELD DEAN GSTT

EXEMPTION TRUST, AND THE
THURSTON E. DEAN GSTT EXEMPTION TRUST



 

                                  On
Appeal from the 142nd District Court

                                                          Midland
County, Texas

                                                 Trial
Court Cause No. CV-46,341

 



 

                                            M
E M O R A N D U M    O P I N I O N

            David
Bradley Dean is the sole appellant in this appeal.  He has filed a motion to
dismiss the appeal pursuant to Tex. R. App.
P. 42.1(a)(1).  In the motion, appellant states that “[t]he parties,
including Patrick S. Duffy, Guardian ad Litem for all minor, incapacitated,
unborn and all unascertained beneficiaries, have now entered into a Settlement
Agreement.”  He further states that the terms of the settlement agreement
provide for him to dismiss his appeal and allow the final judgment of the trial
court to become “a final, non-appealable judgment.”  Therefore, in accordance
with appellant’s request, we dismiss the appeal. 

The
motion to dismiss is granted, and the appeal is dismissed. 

 

                                                                                                PER
CURIAM 

March 3, 2011

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.